IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANICE PARSONS, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| and § | |
| § | |
| S.I.R. INC. ARCHITECTS - PLANNERS § | |
| § | |
| *Plaintiff-Intervenor,* § | |
| § | |
| VS. § | |
| § | |
| LANDRY'S SEAFOOD INN & § | CIVIL ACTION NO. H-05-2971 |
| OYSTER BAR – GALVESTON, INC., § | |
| § | |
| *Defendant/Third-Party Plaintiff* § | |
| § | |
| VS. § | |
| § | |
| RO RESTAURANT PARTNERS, LTD., § | |
| HV RESTAURANT PARTNERS, LTD., § | |
| WOODWAY RESTAURANT PARTNERS, § | |
| LTD., MONTROSE RESTAURANT § | |
| ASSOCIATES, INC., AND TONY § | |
| VALLONE § | |
| § | |
| *Third-Party Defendants* § | |

## FINAL ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

Came on to be considered the Agreed Motion to Dismiss with Prejudice of Plaintiff-Intervenor S.I.R. Inc. Architects – Planners, Defendant/Third-Party Plaintiff Landry's Seafood Inn & Oyster Bar – Galveston, Inc., and Third-Party Defendants RO Restaurant Partners, Ltd., HV Restaurant Partners, Ltd., Woodway Restaurant Partners, Ltd., Montrose Restaurant Associates, Inc., and Tony Vallone. After considering the motion, the Court finds that it is well taken and should be GRANTED. It is, therefore,

ORDERED, ADJUDGED, and DECREED that Plaintiff-Intervenor S.I.R. Inc. Architects – Planners shall take nothing on its claims and causes of action asserted in this matter against Defendant/Third-Party Plaintiff Landry's Seafood Inn & Oyster Bar – Galveston, Inc., and Third-Party Defendants RO Restaurant Partners, Ltd., HV Restaurant Partners, Ltd., Woodway Restaurant Partners, Ltd., Montrose Restaurant Associates, Inc., and Tony Vallone, and all such claims are hereby dismissed with prejudice. It is further

ORDERED, ADJUDGED, and DECREED that all claims asserted in this matter by Defendant/Third-Party Plaintiff Landry's Seafood Inn & Oyster Bar – Galveston, Inc., and Third-Party Defendants RO Restaurant Partners, Ltd., HV Restaurant Partners, Ltd., Woodway Restaurant Partners, Ltd., Montrose Restaurant Associates, Inc., and Tony Vallone against each other are hereby dismissed.

All costs of court are taxed against the party incurring same. All relief requested by any party which is not granted in this order is hereby DENIED.

This is a final order disposing of all claims and matters in controversy in this case.

SIGNED this 17th day of May, 2006, at Houston, Texas.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AND ENTRY REQUESTED:**

By: *Joseph M. Schreiber* by REP w/ permission
Joseph M. Schreiber
Texas Star Bar No. 24037449
Federal I.D. No. 36101
David D. Peden, Jr.
Texas Star Bar No. 15713500
Federal I.D. No. 3720
PORTER & HEDGES, L.L.P.
1000 Main Street, Suite 3600
Houston, Texas 77002-6336
Phone: (713) 226-6000
Fax:    (713) 226-6223

Attorney in Charge for Plaintiff- Intervenor
S.I.R. Inc. Architects – Planners

By: *signature*
R. Edward Perkins
Texas State Bar No. 15790410
Federal I.D. No. 8183
SHEEHY, SERPE & WARE, P.C.
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010
Phone: (713) 951-1100
Fax:    (713) 951-1199

Attorney in Charge for Defendant/Third-Party
Plaintiff Landry's Seafood Inn & Oyster Bar –
Galveston, Inc.

By: _____
George R. Gibson
Texas State Bar No. 00793802
Federal I.D. No. 19879
NATHAN SOMMERS JACOBS P.C.
2800 Post Oak Blvd., 61st Floor
Houston, Texas 77056-6102
Phone: (713) 960-0303
Fax:   (713) 892-4800

Attorney in Charge for Third-Party
Defendants RO Restaurant Partners, Ltd.,
HV Restaurant Partners, Ltd., Woodway
Restaurant Partners, Ltd., Montrose Restaurant
Associates, Inc., and Tony Vallone

1015097_1.DOC

4